1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, CA Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL ALTIT

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR-S-12-00303-GEB
                                    )
12            Plaintiff,            )
                                    ) STIPULATION AND [PROPOSED] ORDER
13     v.                           ) TO CONTINUE STATUS CONFERENCE;
                                    ) EXCLUDE TIME
14 MICHAEL ALTIT,                   )
                                    )
15            Defendant.            ) Date:  November 16, 2012
                                    ) Time:  9:00 a.m.
16 _____  ) Judge: Garland E. Burrell, Jr.

17

18      It is hereby stipulated and agreed to between the United States of

19 America through LEE SAARA BICKLEY, Assistant U.S. Attorney, and

20 defendant, MICHAEL ALTIT, by and through his counsel, BENJAMIN

21 GALLOWAY, Assistant Federal Defender, that the status conference set

22 for Friday, October 5, 2012, be continued to Friday, November 16, 2012

23 at 9:00 a.m.

24      This continuance is requested to allow defense counsel additional

25 time to prepare, to review discovery with the defendant, to examine

26 possible defenses, and to conduct ongoing investigation of the facts of

27 the case.

28      The parties stipulate that the ends of justice served by the

1  granting of such continuance outweigh the interests of the public and

2  the defendant in a speedy trial.

3      Speedy trial time is to be excluded from the date of this order

4  through the date of the status conference set for November 16, 2012,

5  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

6  (Local Code T4).

7  DATED: October 1, 2012          Respectfully submitted,

8                                  DANIEL J. BRODERICK
                                   Federal Defender
9

10                                 /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
11                                 Assistant Federal Defender
                                   Attorney for Defendant
12                                 MICHAEL ALTIT

13

14  DATED: October 1, 2012          BENJAMIN B. WAGNER
                                   United States Attorney
15

16                                 /s/ Benjamin Galloway for
                                   LEE SAARA BICKLEY
17                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff

18

19                          **O R D E R**

20      The Court, having received, read, and considered the stipulation of

21  the parties, and good cause appearing therefrom, adopts the stipulation

22  of the parties in its entirety as its order. The Court specifically

23  finds that the failure to grant a continuance in this case would deny

24  counsel reasonable time necessary for effective preparation, taking

25  into account the exercise of due diligence.  The Court finds that the

26  ends of justice to be served by granting the requested continuance

27  outweigh the best interests of the public and defendant in a speedy

28  trial.

1    The Court orders that the time from the date of the parties

2    stipulation, October 1, 2012, up to and including November 16, 2012,

3    shall be excluded from computation of time within which the trial of

4    this case must be commenced under the Speedy Trial Act, pursuant to 18

5    U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

6        It is further ordered that the October 5, 2012 status conference

7    shall be continued until November 16, 2012 at 9:00 a.m.

8    Dated:   October 2, 2012

9

10   _____
     GARLAND E. BURRELL, JR.
     Senior United States District Judge

11