JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MORDECHAY ALTIT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00303 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| MORDECHAY ALTIT, | |
| Defendant. | Date: March 22, 2013<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through LEE BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, February 22, 2013, be continued to Friday, March 22, 2013 at 9:00 a.m.

This continuance is requested to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of this case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 22, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 19, 2013                    Respectfully submitted,

                                            JOSEPH SCHLESINGER
                                            Acting Federal Defender


                                            /s/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MORDECHAY ALTIT


DATED: February 19, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ Benjamin Galloway for
                                            LEE BICKLEY
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## <u>O R D E R</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the February 22, 2013 status conference shall be continued until March 22, 2013 at 9:00 a.m., and that the time

from the date of the parties stipulation, up to and including March 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

Dated:  February 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge