1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MORDECHAY ALTIT

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-12-00303 GEB
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
13      v.                        ) CONTINUING STATUS CONFERENCE AND
                                  ) EXCLUDING TIME
14 MORDECHAY ALTIT,               )
                                  ) Date:  April 26, 2013
15              Defendant.        ) Time:  9:00 a.m.
                                  ) Judge: Garland E. Burrell, Jr.
16 _____)

17      It is hereby stipulated and agreed to between the United States of

18 America through LEE BICKLEY, Assistant U.S. Attorney, and defendant,

19 MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY,

20 Assistant Federal Defender, that the status conference set for Friday,

21 March 22, 2013, be continued to Friday, April 26, 2013 at 9:00 a.m.

22      This continuance is requested to allow defense counsel additional

23 time to prepare, to conduct ongoing investigation of the facts, and to

24 work toward resolution of this case.

25      The parties stipulate that the ends of justice served by the

26 granting of such continuance outweigh the interests of the public and

27 the defendant in a speedy trial.

28 / / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 26, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 20, 2013          Respectfully submitted,

                               JOSEPH SCHLESINGER
                               Acting Federal Defender


                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               MORDECHAY ALTIT


DATED: March 20, 2013          BENJAMIN B. WAGNER
                               United States Attorney


                               /s/ Benjamin Galloway for
                               LEE BICKLEY
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the March 22, 2013 status conference shall be continued until April 26, 2013 at 9:00 a.m., and that the time from

1  the date of the parties stipulation, up to and including April 26,
2  2013, shall be excluded from computation of time within which the trial
3  of this case must be commenced under the Speedy Trial Act, pursuant to
4  18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to
5  prepare).

Dated:  March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge