1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar No. 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   MORDECHAY ALTIT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MORDECHAY ALTIT,<br><br>        Defendant. | No. 2:12-cr-00303-GEB<br><br>STIPULATION AND [PROPOSED] ORDER FOR MORDECHAY ALTIT CONTINUING STATUS CONFERENCE IN BOTH MATTERS TO JULY 19, 2013 AND EXCLUDING TIME<br>Date:    June 21, 2013<br>Time:    9:00 a.m.<br>Judge:   Garland E. Burrell, Jr. |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MORDECHAY ALTIT, and<br>SHAY DIN ALTIT<br><br>        Defendants. | No. 2:12-cr-00389-GEB<br><br>STIPULATION AND [PROPOSED] ORDER FOR MORDECHAY ALTIT CONTINUING STATUS CONFERENCE IN BOTH MATTERS TO JULY 19, 2013 AND EXCLUDING TIME<br>Date:    June 14, 2013<br>Time:    9:00 a.m.<br>Judge:   Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through LEE BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, June 21, 2013 in action 2:12-cr-00303-GEB be continued to Friday, July

19, 2013 at 9:00 a.m. It is further stipulated that the status conference set for Friday, June 14, 2013 in action 2:12-cr-00389-GEB be continued to Friday, July 19, 2013 at 9:00 a.m. as to MORDECHAY ALTIT only.

These matters were recently related and action 2:12-cr-00389-GEB was reset to June 14, 2013 for MORDECHAY ALTIT only. Counsel for Defendant MORDECHAY ALTIT is unavailable on June 14, 2013 due to a mandatory furlough. This continuance is requested for continuity of counsel and to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of these cases.

The parties stipulate that the ends of justice served by the granting of such continuances outweigh the interests of the public and the defendant in a speedy trial.

In action 2:12-cr-00303-GEB, speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 19, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

In action 2:12-cr-389-GEB, speedy trial time is to be excluded from June 13, 2013 through the date of the status conference set for July 19, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 10, 2013               Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MORDECHAY ALTIT

| | |
|---|---|
| DATED: June 10, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Benjamin Galloway for<br>LEE SAARA BICKLEY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in these cases would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuances outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the status conference set for Friday, June 21, 2013 in action 2:12-cr-00303-GEB be continued to Friday, July 19, 2013 at 9:00 a.m.. It is further ordered that the status conference set for Friday, June 14, 2013 in action 2:12-cr-00389-GEB be continued to Friday, July 19, 2013 at 9:00 a.m. as to MORDECHAY ALTIT only.

The Court orders that, in action 2:12-cr-00303-GEB, speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 19, 2013, and, in action 2:12-cr-389-GEB, speedy trial time is to be excluded from June 13, 2013 through the date of the status conference set for July 19, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS ORDERED:

Dated: June 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4